E-FILED
Wednesday, 13 October, 2004  12:29:05 PM
Clerk, U.S. District Court, ILCD



# United States District Court

| | | |
|---|---|---|
| JOHN M. WATERS<br>CLERK OF COURT | CENTRAL DISTRICT OF ILLINOIS<br><br>OFFICE OF THE CLERK<br>151 U.S. COURTHOUSE<br>600 EAST MONROE STREET<br>SPRINGFIELD, ILLINOIS 62701 | TEL: 217.492.4020<br>FAX: 217.492.4028 |

October 13, 2004

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN: ERIC FROST

                        RE:          Morris v. United States of America
                        D. C. Docket No.    03-3218
                        U. S. C. A. Docket No. 04-2582

Dear Mr. Agnello:

    I am sending you herewith the original record on appeal. It consists of the following:

    1 Volume of Pleadings

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

                                    Very truly yours,

                                    s/John M. Waters

                                    JOHN M. WATERS, CLERK

                              BY:    s/M. Stewart
                                    Deputy Clerk

---

**ECF DOCUMENT**
I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the District of Illinois.
Date Filed: 10-13-04
JOHN M. WATERS, CLERK OF COURT
By: s/M. Stewart  Deputy Clerk

CLOSED, APPEAL, 35, HABEAS

# U.S. District Court
## Central District of Illinois (Springfield)
## CIVIL DOCKET FOR CASE #: 3:03-cv-03218-JES
## Internal Use Only

Morris v. USA
Assigned to: Judge Jeanne E. Scott
Demand: $0
Lead Docket: 3:03-cv-03218-JES
Case in other court: Springfield, 3:01-cr-30064
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 10/03/2003
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**
-----------------------

**Katrell B Morris**                    represented by **Katrell B Morris**
                                                        12698-026
                                                        PEKIN
                                                        Federal Correctional Institution
                                                        PO Box 5000
                                                        Pekin, IL 61555-5000
                                                        (309) 346-8588
                                                        PRO SE

V.

**Respondent**
-----------------------

**USA**                                 represented by **Patrick D Hansen**
                                                        US ATTY
                                                        318 S Sixth
                                                        Springfield, IL 62701-1806
                                                        217-492-4450
                                                        Fax: 217-492-4512
                                                        Email: patrick.hansen@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2003 | 1 | PETITION FOR WRIT OF HABEAS CORPUS (2255) regarding sentence imposed in 01-cr-30064 (MAS, ilcd) (Entered: 10/06/2003) |

| | | |
|---|---|---|
| 10/03/2003 | 2 | MEMORANDUM IN SUPPORT of habeas corpus petition [1-1] filed by petitioner Katrell B Morris (MAS, ilcd) (Entered: 10/06/2003) |
| 10/06/2003 | 3 | Remark: Copy of criminal docket sheet, Indictment and Judgment and Commitment Order placed in file (MAS, ilcd) (Entered: 10/06/2003) |
| 10/07/2003 | 4 | ORDER by Judge Jeanne E. Scott. The U.S. Attorney is ordered to file an answer pursuant to Rule 5 of the Rules Governing 28 U.S.C. Section 2255 Proceedings to Petitioner's Petition on or before December 12, 2003. (cc: all counsel) (AJ, ilcd) (Entered: 10/07/2003) |
| 11/25/2003 | 5 | MOTION by respondent USA to extend time to answer habeas corpus petition - 60 days (MC, ilcd) (Entered: 11/25/2003) |
| 11/26/2003 | | MINUTE-ENTRY: by Judge Jeanne E. Scott. The Court has received Respondent United States of America's Motion for Extension of Time (d/e 5). Government counsel Patrick Hansen requests an extension of 60 days from the original deadline of December 12, 2003, due to the delayed arrival of Petitioner Katrell B. Morris' file from Sangamon County, and an impending hearing beginning December 1, 2003, before this Court. THEREFORE, the Court hereby ALLOWS the Government's Motion for Extension of Time (d/e 5). The Government is ordered to file an answer pursuant to Rule 5 of the Rules Governing 28 U.S.C. Section 2255 proceedings to Petitioner's Petition on or before February 12, 2004. (cc: Katrell B. Morris, all counsel, USPO) (AJ, ilcd) (Entered: 11/26/2003) |
| 02/12/2004 | 6 | RESPONSE by respondent USA to Motion under 28 USC 2255 [1-1] (MR, ilcd) (Entered: 02/12/2004) |
| 02/12/2004 | | Docket Modification (Utility Event) satisfy misc ddl 2/12/04 (MR, ilcd) (Entered: 02/12/2004) |
| 02/24/2004 | 7 | MOTION by petitioner Katrell B Morris to extend time to reply to government's response to petitioner's 28:2255 motion (MC, ilcd) (Entered: 02/24/2004) |
| 02/25/2004 | | ENDORSED ORDER on its face by Judge Jeanne E. Scott granting motion to extend time to reply to government's response to petitioner's 28:2255 motion [7-1] (cc: all counsel). (MC, ilcd) (Entered: 02/25/2004) |
| 03/04/2004 | 8 | REPLY by petitioner Katrell B Morris to Government's response to Motion filed pursuant to 28 USC 2255 (GU, ilcd) (Entered: 03/04/2004) |
| 04/12/2004 | 9 | ORDER by Judge Jeanne E. Scott. Morris has not demonstrated that he was prejudiced in any way by his counsel's actions. Accordingly, Morris cannot show that his Sixth Amendment right to effective assistance of counsel was violated. Therefore, Morris' Motion Under 28 USC 2255 to |

|  |  |  | Vacate, Set Aside, or Correct Sentence By A Person In Federal Custody (d/e 1) is DENIED. This case is closed. (cc: all counsel) (MR, ilcd) (Entered: 04/12/2004) |
|---|---|---|---|
| 06/02/2004 |  | 10 | JUDGMENT in a civil case entered, pursuant to Order entered by Judge Jeanne E. Scott. Morris' Motion to Vacate, Set Aside, or Correct Sentence By A Person In Federal Custody (d/e 1) is DENIED. This case is closed. (cc: all counsel) (MR, ilcd) (Entered: 06/02/2004) |
| 06/02/2004 |  | 11 | Petition for Certificate of Appealability construed as a NOTICE of APPEAL by petitioner from Dist. Court decision [10-1] (cc: all counsel) (AJ, ilcd) (Entered: 06/03/2004) |
| 06/02/2004 |  | 11 | MOTION by petitioner for certificate of appealability (AJ, ilcd) (Entered: 06/03/2004) |
| 06/02/2004 |  | 12 | SHORT RECORD ON APPEAL sent to USCA (AJ, ilcd) (Entered: 06/03/2004) |
| 06/15/2004 |  | 13 | RESPONSE by respondent USA to motion for certificate of appealability [11-1] (MC, ilcd) (Entered: 06/15/2004) |
| 06/22/2004 |  | 14 | ORDER by Judge Jeanne E. Scott. Petitioner's Petition for Certificate of Appealability [11-1] is ALLOWED. A Certificate of Appealability is issued as to the following question: was the Petitioner denied his constitutional right to effective assistance of counsel when his counsel failed to object to the use of his nonjury juvenile adjudication to enhance his criminal sentence. (cc: all counsel, USCA) (CC, ilcd) (Entered: 06/22/2004) |
| 06/28/2004 |  | 15 | Notification by USCA of Appellate Docket Number 04-2582 (AJ, ilcd) (Entered: 06/28/2004) |
| 06/28/2004 |  | 16 | Circuit Rule 3(b) NOTICE regarding appeal fee (AJ, ilcd) (Entered: 06/28/2004) |
| 07/06/2004 | ● | 17 | USCA Appeal Fees received $ 255 receipt number 5017 re [11] Notice of Appeal filed by Katrell B Morris (MC, ilcd) Modified on 7/7/2004 (MC, ilcd). (cc: USCA) (Entered: 07/07/2004) |
| 10/12/2004 | ● | 18 | NOTICE from USCA to transmit appeal record. (MAS, ilcd) (Entered: 10/13/2004) |