E-FILED
Monday, 25 October, 2004 04:51:41 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL: 217.492.4020
FAX: 217.492.4028



October 13, 2004

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604
ATTN: ERIC FROST

        RE:        Morris v. United States of America
        D. C. Docket No.    03-3218
        U. S. C. A. Docket No. 04-2582

Dear Mr. Agnello:

    I am sending you herewith the original record on appeal. It consists of the following:

    1 Volume of Pleadings

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

        Very truly yours,

        s/John M. Waters

        JOHN M. WATERS, CLERK

        BY:   s/M. Stewart
                 Deputy Clerk

U.S.C.A.—7th Circuit
**FILED**
OCT 1 8 2004 DW
GINO J. AGNELLO
CLERK
DOC. #